IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00144-RPM

SAN JUAN CITIZENS ALLIANCE,
COLORADO ENVIRONMENTAL COALITION,
COLORADO WILD,
OIL AND GAS ACCOUNTABILITY PROJECT, and
THE WILDERNESS SOCIETY,

        Plaintiffs,
v.

MARK STILES, in his official capacity as San Juan National Forest Supervisor and BLM Center Manager of the San Juan Public Lands Center,
RICK CABLES, in his official capacity as Regional Forester of the Rocky Mountain Region of the U.S. Forest Service,
UNITED STATES FOREST SERVICE,
CHARLES CONNER, in his official capacity as Acting Secretary of the Department of Agriculture,
UNITED STATES BUREAU OF LAND MANAGEMENT, and
DIRK KEMPTHORNE, in his official capacity as Secretary of the Department of Interior,

        Defendants.
and

BP AMERICA PRODUCTION COMPANY,
ELM RIDGE EXPLORATION COMPANY, LLC,
EXOK, INC.,
PETROX RESOURCES, INC., and
XTO ENERGY INC.,

        Intervenor-Defendants.
_____

ORDER GRANTING MOTIONS TO INTERVENE
_____

        In this civil action the plaintiffs challenge the authorization of the Northern San Juan Basin Coal Bed Methane Project by the United States Forest Service and Bureau

of Land Management and seek an injunction preventing the project from going forward. Motions to intervene have been filed by BP America Production Company, Elm Ridge Exploration Company, LLC, Exok, Inc., Petrox Resources, Inc., and XTO Energy Inc. who are owners of vested property interests that would be adversely affected by such injunctive relief and have asserted entitlement to intervene under Fed.R.Civ.P. 24(a)(2). The plaintiffs have opposed intervention and contend that the government defendants will adequately protect those interests. The Court has reviewed the answer filed by the federal defendants on March 24, 2008. The proposed answers by the intervenors and their memoranda in support of their motions to intervene establish that their interests are specific, identifiable, and separate from the interests of the government defendants and that intervention of right should be granted under the rule and may be required under the due process clause of the Fifth Amendment to the United States Constitution. The plaintiffs' concern for duplication of pleadings and argument and multiplication of the proceedings will be addressed at a scheduling conference to be convened under Fed.R.Civ.P. 16. Accordingly, it is

ORDERED that the motions to intervene filed by BP America Production Company, Elm Ridge Exploration Company, LLC, Exok, Inc., Petrox Resources, Inc., and XTO Energy Inc. are granted and the answers tendered with their motions are filed. It is

FURTHER ORDERED that an initial scheduling conference pursuant to Fed.R.Civ.P. 16 will be set at a time to be established in coordination with all counsel and without requiring the development of a proposed scheduling order as is the Court's

normal practice. Counsel will be contacted to set the time and date of the proposed conference.

DATED: March 28th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge