IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00144-RPM

SAN JUAN CITIZENS ALLIANCE,
COLORADO ENVIRONMENTAL COALITION,
COLORADO WILD,
OIL AND GAS ACCOUNTABILITY PROJECT, and
THE WILDERNESS SOCIETY,

        Plaintiffs,

v.

MARK STILES, in his official capacity as San Juan National Forest Supervisor and BLM Center Manager of the San Juan Public Lands Center,
RICK CABLES, in his official capacity as Regional Forester of the Rocky Mountain Region of the U.S. Forest Service,
UNITED STATES FOREST SERVICE,
CHARLES CONNER, in his official capacity as Acting Secretary of the Department of Agriculture,
UNITED STATES BUREAU OF LAND MANAGEMENT, and
DIRK KEMPTHORNE, in his official capacity as Secretary of the Department of Interior,

        Defendants.
and

BP AMERICA PRODUCTION COMPANY,
ELM RIDGE EXPLORATION COMPANY, LLC,
EXOK, INC.,
PETROX RESOURCES, INC., and
XTO ENERGY INC.,

        Intervenor-Defendants.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

        Pursuant to D.C.COLO.LCivR 16, it is

        ORDERED that a scheduling conference will be held on **July 15, 2008, at 2:30 p.m.**
in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout

Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on July 10, 2008.**

DATED: June 4th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge