IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00144-RPM

SAN JUAN CITIZENS ALLIANCE,
COLORADO ENVIRONMENTAL COALITION,
COLORADO WILD,
OIL AND GAS ACCOUNTABILITY PROJECT, and
THE WILDERNESS SOCIETY,

                    Plaintiffs,

v.

MARK STILES, in his official capacity as San Juan National Forest Supervisor and BLM
Center Manager of the San Juan Public Lands Center,
RICK CABLES, in his official capacity as Regional Forester of the Rocky Mountain
Region of the U.S. Forest Service,
UNITED STATES FOREST SERVICE,
CHARLES CONNER, in his official capacity as Acting Secretary of the Department of
Agriculture,
UNITED STATES BUREAU OF LAND MANAGEMENT, and
DIRK KEMPTHORNE, in his official capacity as Secretary of the Department of Interior,

                    Defendants.

and

BP AMERICA PRODUCTION COMPANY,
ELM RIDGE EXPLORATION COMPANY, LLC,
EXOK, INC.,
PETROX RESOURCES, INC., and
XTO ENERGY INC.,

                    Intervenor-Defendants.
_____

ORDER EXTENDING DEADLINES
_____

       Upon consideration of Plaintiffs' Unopposed Motion for Extensions of Time to File

Opening Merits Brief, for Dispositive Motions, and to Seek Leave to Supplement the

Record or for Discovery [60], filed on November 10, 2008, it is

ORDERED that the motion is granted as follows:

1.      The deadlines for Plaintiffs' opening brief on the merits, for any
        dispositive motions by Defendants or Defendant-Intevenors, and for
        any motion to supplement the administrative record or for discovery
        are extended to and including December 17, 2008.

2.      Response deadlines for merits briefing and dispositive motions are
        extended until February 13, 2009, with replies due March 6, 2009.

DATED: November 10th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge