IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00144-RPM

SAN JUAN CITIZENS ALLIANCE,
COLORADO ENVIRONMENTAL COALITION,
COLORADO WILD,
OIL AND GAS ACCOUNTABILITY PROJECT, and
THE WILDERNESS SOCIETY,

        Plaintiffs,
v.

MARK STILES, in his official capacity as San Juan National Forest Supervisor and BLM Center Manager of the San Juan Public Lands Center,
RICK CABLES, in his official capacity as Regional Forester of the Rocky Mountain Region of the U.S. Forest Service,
UNITED STATES FOREST SERVICE,
CHARLES CONNER, in his official capacity as Acting Secretary of the Department of Agriculture,
UNITED STATES BUREAU OF LAND MANAGEMENT, and
DIRK KEMPTHORNE, in his official capacity as Secretary of the Department of Interior,

        Defendants.
and

BP AMERICA PRODUCTION COMPANY,
ELM RIDGE EXPLORATION COMPANY, LLC,
EXOK, INC.,
PETROX RESOURCES, INC., and
XTO ENERGY INC.,

        Intervenor-Defendants.
_____

ORDER GRANTING UNOPPOSED MOTION TO FILE FIRST AMENDED COMPLAINT
_____

Upon consideration of Plaintiffs' Unopposed Motion To File First Amended Complaint, filed October 9, 20008 [57] it is

ORDERED that the motion is granted [57] and the First Amended Complaint tendered is accepted and filed today.

DATED: December 9th, 2008

                        BY THE COURT:

                        s/ Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge