IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00144-RPM

SAN JUAN CITIZENS ALLIANCE,
COLORADO ENVIRONMENTAL COALITION,
COLORADO WILD,
OIL AND GAS ACCOUNTABILITY PROJECT, and
THE WILDERNESS SOCIETY,

        Plaintiffs,
v.

MARK STILES, in his official capacity as San Juan National Forest Supervisor and BLM Center Manager of the San Juan Public Lands Center,
RICK CABLES, in his official capacity as Regional Forester of the Rocky Mountain Region of the U.S. Forest Service,
UNITED STATES FOREST SERVICE,
EDWARD SCHAFER, in his official capacity as Acting Secretary of the Department of Agriculture,
UNITED STATES BUREAU OF LAND MANAGEMENT, and
DIRK KEMPTHORNE, in his official capacity as Secretary of the Department of Interior,

        Defendants.
and

BP AMERICA PRODUCTION COMPANY,
ELM RIDGE EXPLORATION COMPANY, LLC,
EXOK, INC.,
PETROX RESOURCES, INC., and
XTO ENERGY INC.,

        Intervenor-Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz,
Secretary

      The Motion of David Y. Chung for Leave to Withdraw as Counsel for Intervenor-Defendants EXOK, Inc., Petrox Resources, Inc., and XTO Energy Inc., [90] is granted.  Mr. Chung has no further responsibility as counsel for EXOK, Inc., Petrox Resources, Inc., and XTO Energy Inc. in this case and the Clerk is directed to terminate his electronic service in this matter.

DATED:  May 11, 2009