**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                December 30, 2009
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No.  08-cv-00144-RPM

| | |
|---|---|
| SAN JUAN CITIZENS ALLIANCE, | Michael S. Freeman |
| COLORADO ENVIRONMENTAL COALITION, | Margaret Parish |
| COLORADO WILD, | Edward B. ZuKoski |
| OIL AND GAS ACCOUNTABILITY PROJECT, and | |
| THE WILDERNESS SOCIETY, | |

    Plaintiffs,

v.

MARK STILES, in his official capacity as                             John S. Most
San Juan National Forest Supervisor and
BLM Center Manager of the San Juan Public Lands Center,
RICK CABLES, in his official capacity as
Regional Forester of the Rocky Mountain Region of the U.S. Forest Service,
UNITED STATES FOREST SERVICE,
CHARLES CONNER, in his official capacity as
Acting Secretary of the Department of Agriculture,
UNITED STATES BUREAU OF LAND MANAGEMENT, and
DIRK KEMPTHORNE, in his official capacity as
Secretary of the Department of Interior,

    Defendants,

and

| | |
|---|---|
| BP AMERICA PRODUCTION COMPANY, | Charles L. Kaiser |
| ELM RIDGE EXPLORATION COMPANY, LLC, | Ezekiel J. Williams |
| EXOK, INC., | Bret A. Sumner |
| PETROX RESOURCES, INC., and | |
| XTO ENERGY INC., | |

    Intervenor-Defendants.

_____

**COURTROOM MINUTES**
_____

**Oral Argument**

**10:00 a.m.     Court in session.**

December 30, 2009
08-cv-00144-RPM

In-house agency counsel Phil Lowe and Ken Capps for defendants are present

Court's preliminary remarks.

| | |
|---|---|
| 10:09 a.m. | Argument by Mr. Freeman. |
| 10:54 a.m. | Argument by Mr. Most. |
| 10:59 a.m. | Clarifying comments by Mr. Freeman. |
| 11:01 a.m. | Continued argument by Mr. Most. |
| 11:34 a.m. | Argument by Mr. Kaiser |
| **12:02 p.m.** | **Court in recess.** |
| **1:30 p.m.** | **Court in session.** |
| 1:30 p.m. | Continued argument by Mr. Kaiser. |
| 1:34 p.m. | Rebuttal argument by Mr. Freeman. |
| 1:46 p.m. | Argument by Mr. Williams. |
| 2:20 p.m. | Rebuttal argument by Mr. Freeman. |
| 2:29 p.m. | Argument by Mr. Sumner. |
| 2:58 p.m. | Rebuttal argument by Mr. Freeman. |

**ORDERED:** **Administrative Records, filed 7/30/2008 [49] and 11/26/2008 [62], are taken under advisement.**

**ORDERED:** **BP America Production Company's Partial Motion to Dismiss, filed December 17, 2008 [68], is taken under advisement.**

**ORDERED:** **Federal Defendants' Motion to Strike Plaintiffs' Notice Regarding Four Corners Air Quality Task Force Report, filed August 7, 2009 [98],** is taken **under advisement.**

**3:10 p.m.** **Court in recess.**

Hearing concluded.  Total time: 3 hrs. 42 min.