IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00144-RPM

SAN JUAN CITIZENS ALLIANCE,
COLORADO ENVIRONMENTAL COALITION,
COLORADO WILD,
OIL AND GAS ACCOUNTABILITY PROJECT, and
THE WILDERNESS SOCIETY,

        Plaintiffs,

v.

MARK STILES, in his official capacity as San Juan National Forest Supervisor and BLM Center
Manager of the San Juan Public Lands Center,
RICK CABLES, in his official capacity as Regional Forester of the Rocky Mountain Region of
the U.S. Forest Service,
UNITED STATES FOREST SERVICE,
CHARLES CONNER, in his official capacity as Acting Secretary of the Department of
Agriculture,
UNITED STATES BUREAU OF LAND MANAGEMENT, and
DIRK KEMPTHORNE, in his official capacity as Secretary of the Department of Interior,

        Defendants.

and

BP AMERICA PRODUCTION COMPANY,
ELM RIDGE EXPLORATION COMPANY, LLC,
EXOK, INC.,
PETROX RESOURCES, INC., and
XTO ENERGY INC.,

        Intervenor-Defendants.
_____

ORDER GRANTING PLAINTIFFS' MOTION TO SUBMIT POST-HEARING MEMORANDUM
REGARDING APPROVAL PROCEDURES FOR INDIVIDUAL WELLS AND PROVIDING FOR
RESPONSES
_____

On January 15, 2010, the plaintiffs filed a motion to submit post-hearing memorandum

regarding approval procedures for individual wells with the proposed memorandum attached.

The plaintiffs seek to respond to questions raised by the Court at the hearing on December 30,

2009, which are relevant to the claims for violations of the Forest Plan.  It is

ORDERED that the motion is granted and the memorandum is accepted for filing.  The

defendants and intervenors may file their responses to the memorandum on or before February

3, 2010.

DATED:   January 19th, 2010

BY THE COURT:

s/Richard P. Matschgood

_____

Richard P. Matsch, Senior District Judge